Ruth Ann (Darnell) WILLIAMS, Plaintiff, v. McLAIN TRUCKING, Inc., and Clyde E. Rupert, Defendants.

Civil Action No. 5927.

United States District Court
N. D. Ohio, W. D.

Dec. 24, 1948.

Myers & Myers and Robert D. Touvelle, all of Celina, Ohio, for plaintiff.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, and Marchal & Marchal, of Greenville, Ohio, for defendants.

For opinion, see Stauffer v. McLain Trucking, Inc., 8 F.R.D. 478.